# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

CASE NO. 5D23-205
LT CASE NO. 2018-CF-006762

_____

TIMOTHY RYAN HINSON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Jessica J. Yeary, Public Defender Second Judicial Circuit, and
David A. Henson, Special Assistant Public Defender, Tallahassee,
for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Welch,
Assistant Attorney General, Daytona Beach, for Appellee.


August 22, 2023


PER CURIAM.

   AFFIRMED. *See Parks v. State*, No. 1D22-1566, 2023 WL
4924857 (Fla. 1st DCA Aug. 2, 2023).

EDWARDS, C.J., HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____